UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

NOV 04 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | |
| v. | ) | Cause No. 1:25-CR-72 |
| | ) | Violations: 18 U.S.C. §§ 922(a)(1)(A), |
| DUANE MARK | ) | 923(a), 924(a)(1)(D); |
| STEVENSON JR. | ) | 922(o) |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>

Between the dates of on or about April 8, 2024, and continuing through on or about June 26, 2024, in the Northern District of Indiana, the defendant,

**Duane Mark Stevenson Jr.,**

not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of importing, manufacturing, and dealing in firearms.

All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNT 2

On or about May 29, 2024, in the Northern District of Indiana, the defendant,

**Duane Mark Stevenson Jr.,**

did knowingly possess a machinegun, that is, 3D printed non-serialized Glock switches, each being a machinegun conversion device.

All in violation of 18 U.S.C. § 922(o).

## FORFEITURE ALLEGATION

The allegations contained Counts 1 and 2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses alleged Counts 1 and 2 of this Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in the commission of the offense.

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By:   */s/ Justin C. Sheridan*
Justin C. Sheridan
Assistant United States Attorney